UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES LITIGATION | MDL NO. 10-2122 (PAM-JSM) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| REGINALD PELLETIER, on behalf of himself and all others similarly situated, | Case No. 0:10-cv-00345 (PAM-JSM) |
| Plaintiff, | |
| v. | **STIPULATION REGARDING SCHEDULE FOR ANSWERING OR OTHERWISE RESPONDING TO PLAINTIFF'S COMPLAINT** |
| NATIONAL ARBITRATION FORUM, INC.; NATIONAL ARBITRATION FORUM, LLC; DISPUTE MANAGEMENT SERVICES, LLC dba FORTHRIGHT; FIA CARD SERVICES, N.A.; CACV OF COLORADO, LLC; and DOES 1 – 50 inclusive, | |
| Defendants. | |

Plaintiff Reginald Pelletier and Defendants CACV of Colorado, LLC ("CACV") and FIA Card Services, N.A. ("FIA") (collectively "Parties") stipulate that, although the above-captioned case was closed by the transferor court (and thus no deadlines are pending as far as the Parties are aware), if it is acceptable to the Court, the Parties will have until March 18, 2010 to answer or otherwise respond to Plaintiff's Complaint.

Dated: February 17, 2010
By:  s/ Matthew D. Forsgren
Matthew D. Forsgren (#246694)
Kari S. Berman (#0256705)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650
mforsgren@briggs.com
kberman@briggs.com

*Attorneys for Defendant CACV of Colorado, LLC*

2466394v1

Dated: February 17, 2010           By:   s/ Casey G. Reeder
                Casey G. Reeder
              HILL WARD HENDERSON
              101 East Kennedy Boulevard, Suite 3700
              PO Box 2231
              Tampa, FL 33601-2231
              Telephone: (813) 221-3900
              creeder@hwhlaw.com

              *Attorneys for Defendant FIA Card Services, N.A.*


Dated: February 18, 2010           SHMUELY & WILLIS, P.A.
              Rami Shmuely, Trial Counsel
              (Florida Bar No. 21273)
              P.O. Box 8381
              Fort Lauderdale, Florida 33310
              Telephone: (886) 915-9554
              Facsimile: (954) 714-2438
              swpalaw@gmail.com

              PEARSON, SIMON, WARSHAW & PENNY, LLP
              Jessica L. Grant
              44 Montgomery Street, Suite 2450
              San Francisco, California 94104
              Telephone: (415) 433-9000
              Facsimile: (415) 433-9008
              jgrant@pswplaw.com


              By:   s/ Jessica L. Grant
                 Jessica L. Grant

              *Attorneys for Plaintiff and the Proposed Class*