UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM TRADE PRACTICES LITIGATION | MDL NO. 10-2122 (PAM/JSM) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STATUS REPORT REGARDING THE STATUS OF MEDIATION** |

Pursuant to paragraph 7 of the Court's Order for Stay of Proceedings Pending Mediation (Doc. 45), the parties provide the following status report:

1. A third mediation session is scheduled for October 19, 2010, in San Francisco, CA. The Honorable (Ret.) Edward Infante has been selected to serve as the mediator for this session, with the consent of The Honorable (Ret.) Fern M. Smith and all of the parties.

Dated: October 4, 2010

BY: s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Liaison Counsel for Plaintiffs*

BY: s/J David Jackson
J David Jackson (# 0049219)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-2500
Fax: (612) 340-2868
jackson.j@dorsey.com

*Liaison Counsel for Defendants*